IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAMES W. MYART, JR., | § | |
| *Plaintiff,* | § | SA-19-CV-00753-OLG |
| vs. | § | |
| FROST BANK, PAT FROST, PRESIDENT; PHILIP GREEN, CEO; JAMES WATERS, PRESIDENT; JORGE GUTIERREZ, TREY BANACK, JASON LISERIO, ANDREA KNIGHT, ATTORNEYS JOHN DOE 1-10, JEFF CARRANZA, | § | |
| *Defendants.* | § | |

## ORDER

Before the Court in the above-styled cause of action is Plaintiff's Request for Leave to File Notice of Appeal to the District Judge and Notice of Appeal to District Judge [#19]. By his motion, Plaintiff asks the Court for leave to appeal the undersigned's order dated August 8, 2019 [#18] to the District Court. The Court will grant the motion.

**IT IS THEREFORE ORDERED** that Plaintiff's Request for Leave to File Notice of Appeal to the District Judge and Notice of Appeal to District Judge [#19] is **GRANTED**. The District Court will review Plaintiff's Notice of Appeal [#19] and issue a ruling.

SIGNED this 13th day of August, 2019.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

1